UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.; and DOES 1 through 50,<br><br>    Defendant. | No. 1:15-cv-01628-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 18) |

On November 22, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 18.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **November 23, 2016**                          /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE